IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| KIMBERLY BROOMFIELD, as Personal Representative of the Estate of RAMON BROOMFIELD | | PLAINTIFF |
| v. | Case No. 1:22-cv-01027 | |
| MIKE LOE in his Official Capacity as Sheriff of the COLUMBIA COUNTY SHERIFF'S DEPARTMENT; JORDAN HANSON, Individually and in his Official Capacity as a Deputy of the Columbia County Sheriff's Department; HUNTER SCOTT, Individually and in his Official Capacity as a Deputy of the Columbia County Sheriff's Department; MIKE McWILLIAMS, in his Official Capacity as Patrol Captain Supervisor of Defendant Jordan Hanson; DONNIE ANSWORTH in his Official Capacity as a Sergeant of the Columbia County Sheriff's Department and Supervisor of Defendant Jordan Hanson; JERRY MANESS in his Official Capacity as a Sergeant of the Columbia County Sheriff's Department and Supervisor of Defendant Jordan Hanson; & JOHN DOES I-X | | DEFENDANTS |

## JUDGMENT

For the reasons discussed in the memorandum opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 19) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge